USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRAIG DUKE,
                Plaintiff

-against-

CARRIAGE SERVICES, INC.
                Defendant.
------------------------------------------------------------X

19 Civ. 9307 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for December 5, 2019 (Dkt. No. 5),

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the December 5, 2019, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances.

Dated: December 3, 2019
      New York, New York

                                          LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE